IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) | No. CR 3-12-70185 MEJ |
| v. | ) ) ) | [~~PROPOSED~~] ORDER FOR TREATMENT REGARDING COMPETENCY EXAMINATION (18 U.S.C. § 4241(d)) |
| TUAN NGUYEN, | ) ) | |
| Defendant. | ) ) | |

FOR GOOD CAUSE APPEARING, and having found that Mr. Tuan Nguyen, the defendant in the above-captioned matter, is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense, IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 4241(d) that Mr. Nguyen be committed to the custody of the Attorney General, where he shall be hospitalized for treatment aimed at restoring his competency in a suitable facility for a period not to exceed four months.

IT IS FURTHER ORDERED that a supplemental evaluation of Mr. Nguyen be conducted by a licensed or certified psychiatrist and/or psychologist in order to determine pursuant to 18 U.S.C. § 4241(d) whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

IT IS FURTHER ORDERED that the examining psychiatrist(s) and/or psychologist(s) prepare a supplemental report addressing the results of this treatment and evaluation to be filed with

the Court no later than November 30, 2012, unless otherwise directed by the Court.

IT IS SO ORDERED.

DATED: __July 30, 2012__  _____
MARIA ELENA JAMES
Chief United States Magistrate Judge


Approved as to form:

____/s/_____
Elise Becker
Assistant United States Attorney

____/s/_____
Daniel P. Blank
Assistant Federal Public Defender
Counsel for Tuan Nguyen