MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: elise.becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-12-70185 MEJ |
| Plaintiff, | |
| v. | JOINT REQUEST FOR ADDITIONAL EVALUATION AND [~~PROPOSED~~] ORDER |
| TUAN NGUYEN, | |
| Defendant. | |

    Pursuant to 18 U.S.C. §§ 4241(d) and 4246, the parties respectfully submit this joint request for a dangerousness examination to be conducted in this case.

    The Forensic Evaluation submitted by the Federal Medical Center at Butner (FMC-Butner) signed February 7, 2013, found the defendant incompetent to proceed to trial and "not substantially likely to achieve competency in the foreseeable future." (Evaluation at 11) Therefore, the defendant is now subject to the provisions of 18 U.S.C. § 4246.

///

///

///

Accordingly, the parties request that the Court order that the dangerousness examination be completed pursuant to 18 U.S.C. § 4247(b).

DATED: March 18, 2013  Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
_____
Elise Becker
Assistant United States Attorney


/s/
_____
Daniel Blank
Attorney for defendant Tuan Nguyen


SO ORDERED.

DATED:   March 19, 2013
_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge